NUMBER
13-11-00023-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

AIDE CARRILLO
MARTINEZ,                                                        Appellant,

 

                                                             v.

 

SONIA PENA,                                                                                    Appellee.


____________________________________________________________

 

                      On
Appeal from the County Court at Law No. 1

                                        of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

 Before Chief Justice
Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








Appellant
filed an appeal from a judgment entered by the County Court at Law No. 1 of Hidalgo
County, Texas, in cause number CL-08-3386-A.  Appellant has filed an unopposed
motion to dismiss the appeal on grounds that the parties have reached an
agreement to settle and compromise their differences.  Appellant requests that
this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  In accordance with the agreement of the parties, costs are taxed
against the party incurring same. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

24th day of March, 2011.